

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00127-CV

| | | |
|---|---|---|
| CAROLYN WILLIAMS, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Denton County (CV-2020-00600-JP) |
| V. | § | January 21, 2021 |
| LADERA, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker